OCT - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

1  David F. Candelaria, #98354
   Attorney at Law
2  308 North Second Street
   Porterville, CA 93257
3  Tel: (559) 783-1112
   Fax: (559) 783-1175
4  E-mail: lawdfc@aol.com

5  Attorney for Defendant,
   FEDERICO CASTELLANOS MENDEZ

FILED

2005 OCT 12 P 2: 32

8        IN THE UNITED STATES DISTRICT COURT FOR THE
9                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERICO CASTELLANOS MENDEZ,<br><br>Defendant. | Case No. CR. F-01-5256 AWI<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE: October 11, 2005<br>TIME: 1:30 p.m<br>COURTROOM: 03<br>HONORABLE Anthony W. Ishii |

19     The United States of America, by and through McGREGOR W. SCOTT, United States
20  Attorney and LAUREL J. MONTOYA, Assistant United States Attorney and the Defendant, by
21  and through his Attorney of record, DAVID F. CANDELARIA, hereby agree and stipulate to
22  continue the Status Conference Hearing in this case.
23     The reason for the continuance is that the Defense is in search of a physician to evaluate
24  Mr. Mendez regarding his mental condition which goes to the issue of prejudice in his speedy trial
25  motion to dismiss.
26     The foregoing being the case, Mr. Candelaria believes that there is good cause in order to
27  continue the Status Conference Hearing date in this matter and requests a continuance until
28  November 07, 2005.

1

1  The Defendant, by and through his Attorney David F. Candelaria also hereby stipulate
2  that time be excluded.
3  The government agrees to this request.
4
5                                           McGREGOR W. SCOTT
                                            United States Attorney
6
7
8  Date: 10/7/05
9
                                            LAUREL J. MONTOYA
10                                          Assistant United States Attorney
11
12 Date: October 07, 2005
13
                                            DAVID F. CANDELARIA
14                                          Attorney for Defendant
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1 | David F. Candelaria, #98354
Attorney at Law
2 | 308 North Second Street
Porterville, CA 93257
3 | Tel: (559) 783-1112
Fax: (559) 783-1175
4 | E-mail: lawdfc@aol.com

5 | Attorney for Defendant,
FEDERICO CASTELLANOS MENDEZ

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. CR. F-01-5256 AWI |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| FEDERICO CASTELLANOS MENDEZ, | |
| Defendant. | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney and LAUREL J. MONTOYA, Assistant United States Attorney and the Defendant, by and through his Attorney of record, DAVID F. CANDELARIA, having agreed and stipulated to continue the hearing in the above-entitled case from October 11, 2005 at 1:30 p.m. to November 07, 2005 and good cause appearing therefore,

IT IS SO ORDERED.

IT IS FURTHERED ORDERED that time be excluded.

Date: 10-12-05

ANTHONY W. ISHII
United States District Judge

1