McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:01-cr-005256 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING AND |
| FEDERICO CASTELLANOS-MENDEZ, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for December 19, 2005 may be continued to **January 30, 2006 at 9:00 a.m.**  This request is being made due to the fact that defense counsel has a trial in a family law matter that conflicts with the status conference as presently set.   That matter, Marriage of Garcia, case number 05-212883, is set to commence December 19, 2005, at 8:30 a.m., in the Tulare County Superior Court.  Additionally, the defense is in the process of attempting to find a physician to evaluate the defendant regarding his mental condition which goes to the issue of prejudice as it relates to his Motion to Dismiss for Violation of the Speedy Trial Act.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of

//

//

1 | time set forth herein for effective defense preparation and continuity of counsel pursuant to 18
2 | U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

3 | Dated: December 13, 2005                McGREGOR W. SCOTT
                                            United States Attorney

5 |                                         By: /s/ Laurel J. Montoya
                                            LAUREL J. MONTOYA
6 |                                         Assistant U.S. Attorney

7 | Dated: December 13, 2005

8 |                                          /s/ David F. Candelaria
                                             DAVID F. CANDELARIA
9 |                                          Attorney for the Defendant

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  The status conference is continued to January 30, 2006 at 9:00 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   December 14, 2005**                /s/ **Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE

2