

1  David F. Candelaria, #98354
   Attorney at Law
2  308 North Second Street
   Porterville, CA 93257
3  Tel: (559) 783-1112
   Fax: (559) 783-1175
4  E-mail: lawdfc@aol.com

5  Attorney for Defendant,
   FEDERICO CASTELLANOS MENDEZ

6

7  **LODGED**

8  MAR - 3 2006

   IN THE UNITED STATES DISTRICT COURT FOR THE

9  CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA

   EASTERN DISTRICT OF CALIFORNIA

10  DEPUTY CLERK

11 | THE UNITED STATES OF AMERICA,        | Case No. CR. F-01-5256 AWI
12 |                    Plaintiff,        | **STIPULATION TO CONTINUE**
13 | vs.                                  | **STATUS CONFERENCE**
14 | FEDERICO CASTELLANOS MENDEZ,         | DATE: March 06, 2006
15 |                    Defendant.        | TIME: 9:00 a.m.
16 |                                      | COURTROOM: 03
17 |                                      | HONORABLE Anthony W. Ishii

18

19  **IT IS HEREBY STIPULATED** by and between the parties hereto and through their
20  respective counsel, that the Status Conference hearing currently set for March 06, 2006 may be
21  continued to April 17, 2006. This request is being made due to the fact defense has located a
22  physician to evaluate the Defendant regarding his mental condition which goes to the issue of
23  prejudice as it relates to his Motion to Dismiss for Violation of the Speedy Trial Act however, the
24  Defendant is unable to see the physician until March 15, 2006. I would note that the physician
25  is Dr. Michael G. Musacco, Ph.D., Kern Psychological Services, Inc. 5000 California Street, Suite
26  201, Bakersfield, California. Dr. Musacco is currently unavailable and the first available
27  appointment is March 15, 2006 at 8:15 a.m.
28      The parties agree that the delay resulting from the continuance shall be excluded in the

1

1  interests of justice, including but not limited to, the need for the period of time set forth herein
2  for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§
3  3161(h)(8)(A) and 3161(h)(8)(B)(i).

5  Date: March 2, 2006                    McGREGOR W. SCOTT
                                          United States Attorney

                                          LAUREL J. MONTOYA
                                          Assistant U.S. Attorney

13 Date: March 2, 2006

                                          DAVID F. CANDELARIA
                                          Attorney for Defendant

## ORDER CONTINUING HEARING DATE

**IT IS SO ORDERED.** The Status Conference is continued to April 17, 2006 at 9:00 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

Date:  3-7-06

UNITED STATES DISTRICT JUDGE

2