McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:01-cr-005256 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | MOTIONS HEARING AND |
| FEDERICO CASTELLANOS-MENDEZ, | ) | ORDER THEREON |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for August 17, 2006 may be continued to **October 16, 2006 at 9:00 a.m.** This request is being made due to the fact that defense counsel has is currently in trial and expects to be on the date set for the status conference. Also, additional time is needed to discuss the resolution of this matter and any additional issues as it relates to the motions previously heard by this court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the

//

//

//

//

//

1

1 need for the period of time set forth herein for effective defense preparation and continuity of

2 counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

3 Dated: August 15, 2006                                    McGREGOR W. SCOTT
                                                            United States Attorney

5                                                           By: /s/ Laurel J. Montoya
                                                            LAUREL J. MONTOYA
6                                                           Assistant U.S. Attorney

7 Dated: August 15, 2006

8                                                            /s/ David F. Candelaria
                                                            DAVID F. CANDELARIA
9                                                           Attorney for the Defendant

12                          ORDER CONTINUING HEARING DATE

13         IT IS SO ORDERED.  The status conference is continued to January 30, 2006 at 9:00 a.m.

14 Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and

15 3161(h)(8)(B)(i).

17 IT IS SO ORDERED.

18 **Dated:    August 18, 2006**                            /s/ Anthony W. Ishii
0m8i78                                                      UNITED STATES DISTRICT JUDGE

2