David F. Candelaria, #98354
Attorney at Law
308 North Second Street
Porterville, CA 93257
Tel: (559) 783-1112
Fax: (559) 783-1175
E-mail: lawdfc@aol.com

Attorney for Defendant,
FEDERICO CASTELLANOS MENDEZ



FILED
OCT 1 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERICO CASTELLANOS MENDEZ,<br><br>Defendant. | Case No. CR. F-01-5256 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING AND [PROPOSED] ORDER THEREON<br><br>DATE: October 16, 2006<br>TIME: 9:00 a.m.<br>COURTROOM: 03<br>HONORABLE Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, that the Status Conference hearing currently set for October 16, 2006, may be continued to December 18, 2006  This request is being made due to the fact that defense counsel has conflicts in his calendar and has numerous appearances in the Tulare County Superior Court, Porterville Division, Tulare County Superior Court, Visalia Division and the Kern County Superior Court, Metropolitan Division. Also, additional time is needed to discuss the resolution of this matter and any additional issues as it relates to the motions previously heard by this Court.

The parties agree that the delay resulting from the continuance shall be excluded in the

1

1 | interests of justice, including but not limited to, the need for the period of time set forth herein
2 | for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§
3 | 3161(h)(8)(A) and 3161(h)(8)(B)(i).

Date: October 11, 2006         McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Laurel J. Montoya
                               LAUREL J. MONTOYA
                               Assistant U.S. Attorney


Date: October 11, 2006         /s/ David F. Candelaria
                               DAVID F. CANDELARIA
                               Attorney for Defendant


### ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. The Status Conference is continued to December 18, 2006 at 9:00 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Date: 10-13-06

UNITED STATES DISTRICT JUDGE

2