David F. Candelaria, #98354
Attorney at Law
308 North Second Street
Porterville, CA 93257
Tel: (559) 783-1112
Fax: (559) 783-1175
E-mail: lawdfc@aol.com

Attorney for Defendant,
FEDERICO CASTELLANOS MENDEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERICO CASTELLANOS MENDEZ,<br><br>　　　　　Defendant. | Case No.  CR. F-01-5256 AWI<br><br>**STIPULATION TO CONTINUE**<br><br>**MOTIONS HEARING AND ORDER**<br><br>**THEREON**<br><br>DATE: October 16, 2006<br><br>TIME:  9:00 a.m.<br><br>COURTROOM:  03<br><br>HONORABLE  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, that the Status Conference hearing currently set for October 16, 2006, may be continued to December 18, 2006  This request is being made due to the fact that defense counsel has conflicts in his calendar and has numerous appearances in the Tulare County Superior Court, Porterville Division, Tulare County Superior Court, Visalia Division and the Kern County Superior Court, Metropolitan Division.  Also, additional time is needed to discuss the resolution of this matter and any additional issues as it relates to the motions previously heard by this Court.

　　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of

1

justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

Date: October 11, 2006            McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Laurel J. Montoya
                                  _____

                                  LAUREL J. MONTOYA
                                  Assistant U.S. Attorney



Date: October 11, 2006        /s/ David F. Candelaria
                              _____
                              DAVID F. CANDELARIA
                              Attorney for Defendant


### ORDER CONTINUING HEARING DATE

**IT IS SO ORDERED.**  The Status Conference is continued to December 18, 2006 at 9:00 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   October 17, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

2