1  David F. Candelaria, #98354
   Attorney at Law
2  308 North Second Street
   Porterville, CA 93257
3  Tel:  (559) 783-1112
   Fax: (559) 783-1175
4  E-mail: lawdfc@aol.com

5  Attorney for Defendant,
   FEDERICO CASTELLANOS MENDEZ
6

7

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>FEDERICO CASTELLANOS MENDEZ,<br><br>           Defendant. | Case No.  CR. F-01-5256 AWI<br><br>**STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON**<br>DATE: February 20, 2007<br>TIME:  9:00 a.m.<br>COURTROOM:  03<br>HONORABLE  Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, that the Status Conference hearing currently set for February 20, 2007, may be continued to April 09, 2007.  This request is being made due to the fact that defense counsel will be in Trial in the Tulare County Superior Court, Visalia Division, on a family law matter regarding the Marriage of Lampe, Case No. 04-210395.  This particular case is very sensitive as it involves alleged sexual child abuse.

   Also, defense counsel has conflicts in his calendar and has appearances in the Tulare County Superior Court, Porterville Division and Tulare County Superior Court, Dinuba Division. Also, additional time is needed to discuss the resolution of this matter as defense counsel and U.S. Assistant Attorney Laurel J. Montoya have been unable to do so due to their conflicting schedules.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of

1

justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Date: February 15, 2007      McGREGOR W. SCOTT
                             United States Attorney


                             /s/ Laurel J. Montoya
                             _____
                             LAUREL J. MONTOYA
                             Assistant U.S. Attorney



Date: February 15, 2007      /s/ David F. Candelaria
                             _____
                             DAVID F. CANDELARIA
                             Attorney for Defendant


///

### ORDER CONTINUING HEARING DATE

**IT IS SO ORDERED.** The Status Conference is continued to April 09, 2007 at 9:00 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I).


IT IS SO ORDERED.

**Dated:   February 20, 2007**           /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2