1
2
3
4
5        IN THE UNITED STATES DISTRICT COURT FOR THE
6             EASTERN DISTRICT OF CALIFORNIA
7
8  UNITED STATES OF AMERICA,           )   1:01-cr-005256 AWI
                                       )
   Plaintiff,                          )
9                                      )
   v.                                  )   STIPULATION TO CONTINUE
10                                     )   MOTIONS HEARING AND
   FEDERICO CASTELLANOS-MENDEZ,        )   ORDER THEREON
11                                     )
   Defendant.                          )
12 _____ )
13
14       The following stipulation was filed:
15
16       IT IS HEREBY STIPULATED by and between the parties hereto, and through their

respective counsel, that the status conference hearing currently set for May 5, 2008 may be

continued to **June 9, 2008 at 9:00 a.m.**  A doctor's report that is critical to the resolution of the

case has not been received by the defense.  The tentative offer cannot be accepted by the defendant

until this report is received and reviewed by the government.  Defense counsel is hopeful that the

report will be received and provided to the government within three weeks.  The parties agree that

the delay resulting from the continuance shall be excluded in the interests of justice, including but

not limited to, the need for the period of time set forth herein for effective defense preparation and

continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: April 30, 2008                              McGREGOR W. SCOTT
                                                   United States Attorney

                                                   By: /s/ Laurel J. Montoya
                                                   LAUREL J. MONTOYA
                                                   Assistant U.S. Attorney

1

Dated: April 30, 2008

          /s/ David F. Candelaria
DAVID F. CANDELARIA
Attorney for the Defendant

ORDER CONTINUING HEARING DATE

    IT IS SO ORDERED.  The status conference is continued to June 9, 2008 at 9:00 a.m.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   May 1, 2008**                          **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE