David F. Candelaria, #98354
Attorney at Law
308 North Second Street
Porterville, CA 93257
Tel:  (559) 783-1112
Fax:  (559) 783-1175
E-mail: lawdfc@aol.com

Attorney for Defendant,
FEDERICO CASTELLANOS MENDEZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.  CR. F-01-5256 AWI |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| vs. | **SENTENCING AND ORDER THEREON** |
| FEDERICO CASTELLANOS MENDEZ, | DATE: September 22, 2008 |
| Defendant. | TIME:  9:00 a.m. |
| | COURTROOM:  02 |
| | HONORABLE  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective counsel, that the Sentencing hearing currently set for September 22, 2008, may be continued to November 10, 2008.  This request is being made due to conflicts in my calendar.  Specifically, I have the following case in the Visalia Division of the Tulare County Superior Court: People v. Daniel Gonzalez, Case No. VCF204178a, currently set for Arraignment.

I also have the following cases in the Porterville Division of the Tulare County Superior Court: People v. Bonifacio Samayoa, Case No. PCM178698, set for Jury Trial Confirmation and People v. Robert Weimer, Case No. PCM197452 set for Pre-Trial.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I).


Date:  September 18, 2008                    McGREGOR W. SCOTT
                                             United States Attorney



                                             /s/ Laurel J. Montoya
                                             _____

                                             LAUREL J. MONTOYA
                                             Assistant U.S. Attorney



Date:  September 18, 2008                    /s/ David F. Candelaria
                                             _____

                                             DAVID F. CANDELARIA
                                             Attorney for Defendant

1

## <u>ORDER CONTINUING HEARING DATE</u>

2

3    **IT IS SO ORDERED.**  The Sentencing is continued to November 10, 2008 at 9:00 a.m.  Time is

4    excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I).

5    IT IS SO ORDERED.

6    **Dated:    September 22, 2008**                          /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28