FILED
JAN 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-01-5256-AWI |
| ) | |
| vs. ) | ORDER EXONERATING BOND |
| ) | |
| FEDERICO CASTELLANOS MENDEZ ) | |
| ) | |
| Defendant. ) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

(X) The property bond posted is exonerated and reconveyed:

DEED #03-2948693 receipt #100-198658

Address 325-327 East 68th St. Los Angeles, CA 90003

DATED: 1-21-10

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1